UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**04 10133 MEL**

MAGISTRATE JUDGE Collings

CAROLYN E. JONES,
    Plaintiff

v.

WILLIAM A. MASON, CHIEF OF POLICE, HARWICH POLICE DEPARTMENT, and TOWN OF HARWICH,
    Defendants

Case No. _____

(Docketed at Barnstable County Superior Court, Commonwealth of Mass., as BACV2003-00744-A)

**NOTICE OF REMOVAL UNDER 28 U.S.C. § 1446**

Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendants, Town of Harwich and William A. Mason, Chief of the Harwich Police Department, file this notice to remove a civil action from the Barnstable County Superior Court, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts. In support of this notice the defendant states that:

    1.)    The above-captioned action was commenced by the plaintiff, Carolyn E. Jones, in the Superior Court Department of the Trial Court, Barnstable County, Commonwealth of Massachusetts, and is now pending in that court. Appendix One at 1.

2.) Process was served on the Town on December 22, 2003. Ibid.

3.) The plaintiff's complaint alleges violations of a federal statute, 42 U.S.C. §1983, and three state statutes, M.G.L. c. 151B, M.G.L. c.41, §111F, and M.G.L. c.12, §11I. App. One at 7-8.

4.) The court has subject matter jurisdiction over the plaintiff's federal claim under 28 U.S.C. §1331 and over the plaintiff's state law claims under 28 U.S.C. §1367.

5.) The action may, therefore, be removed to this Court pursuant to 28 U.S.C. § 1441.

6.) Copies of the process, pleadings, and other papers served upon the defendant are attached. App. One at 1-10.

WHEREFORE, the defendants respectfully ask that the plaintiff's civil action in the Barnstable County Superior Court, Commonwealth of Massachusetts, be discontinued and that the claim be removed to this Court.

```
                    Respectfully submitted,
                    The Town of Harwich and
                    William A. Mason, Chief of
                    The Harwich Police Department,
                    By their attorneys,
```

_____
Michael C. Gilman, BBO# 192820
Eugene J. Sullivan III,
BBO # 656497
GILMAN/ HOLTZ, P.C.
25 New Chardon Street
Boston, MA 02114
(617) 720-2663

Dated: Jan 20, 2004

Certificate of Service

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail.

Dated: Jan. 20, 2004                _____
                                     Michael C. Gilman

3