UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETT

FILED
CLERK'S OFFICE

2004 MAR 24 P 12: 33

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CAROLYN E. JONES, <br> Plaintiff | * <br> * <br> * |
| v. | *    C.A. No. 04-10133-MEL <br> * |
| WILLIAM A. MASON, CHIEF <br> OF POLICE, HARWHICH POLICE <br> DEPARTMENT, and the TOWN <br> OF HARWICH, <br>     Defendants | * <br> * <br> * <br> * <br> * |

## NOTICE OF APPEARANCE

Please enter my appearance in the above matter, along with that of Eugene J. Sullivan III and Michael C. Gilman, as attorney for Defendants William Mason and the Town of Harwich.

*/s/ Norman Holtz*
Norman Holtz
BBO#238880
Gilman/Holtz, P.C.
25 New Chardon Street
Boston, Massachusetts 02114
Tele: (617) 720-2663

Dated at Boston
This 23rd day of March, 2004.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for the other party by first class mail.

*/s/ Norman Holtz*

Dated: March 23, 2004                                Norman Holtz

NoticeofAppearance

## GILMAN/HOLTZ, P.C.
LAWYERS
25 NEW CHARDON STREET
BOSTON, MASSACHUSETTS 02114

TELEPHONE (617) 720-2663
FACSIMILE (617) 720-1574
lawyers@gilmanholtz.com

CH

MICHAEL C. GILMAN
NORMAN HOLTZ
EUGENE J. SULLIVAN III
ROBERT J. VAN CAMPEN

March 23, 2004

VIA TELEFAX: (617) 748-9096
AND FIRST CLASS MAIL

Tony Anastas, Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Suite 2300
Boston, MA  02210

Re:   Carolyn E. Jones. v. William A. Mason, Chief of Police, Harwich Police Department and Town of Harwich--Civil Action NO. 04-10133-MEL

Dear Sir:

Please enter my appearance as attorney for the defendants in the above-entitled matter along with that of Attorneys Sullivan and Gilman.

Very truly yours,

Norman Holtz

NH/bq

cc:   Brian Rogal, Esq.

Jones/CtCvrLtr
20011.079