UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN E. JONES,<br>    Plaintiff<br><br>v.<br><br>WILLIAM A. MASON, CHIEF<br>OF POLICE, HARWICH POLICE<br>DEPARTMENT, and the TOWN<br>OF HARWICH,<br>    Defendants | Civil Action No.<br>04-10133-MEL |

<u>LR 16.1(D)(3) Certification For The Defendant Town of<br>Harwich</u>

Signature: _Wayne C. Melville_ (signature)

Name (printed or typed): WAYNE C. MELVILLE

Title: TOWN ADMINISTRATOR

Dated: MARCH 17, 2004