UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLYN E. JONES,
    Plaintiff

v.

WILLIAM A. MASON, CHIEF
OF POLICE, HARWICH POLICE
DEPARTMENT, and the TOWN
OF HARWICH,
    Defendants

Civil Action No.
04-10133-MEL

LR 16.1(D)(3) Certification For The Defendant William A. Mason, Chief of the Harwich Police Department

Signature: _/s/ William A. Mason_

Name (printed or typed):  William A. Mason

Title:  Chief of Police

Dated:  March 17, 2004