UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CAROLYN E. JONES, )
    Plaintiff )
)
V. )
) Civil Action No. 04-10133-MEL
WILLIAM A. MASON, Chief of )
Police, Harwich Police Department )
and TOWN OF HARWICH, )
    Defendants, )
)

PLAINTIFF CAROLYN E. JONES' CERTIFICATION
TO LOCAL RULE 16.1(d)(3)

We hereby certify that we have conferred with a view toward establishing a budget for the costs of conducting the full course and alternative courses of litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Carolyn E. Jones
Plaintiff

_____
Brian Rogal, Esquire
BBO# 424920
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

Date: 2/10/04

# LAW OFFICES OF TIMOTHY M. BURKE

NEEDHAM CORPORATE CENTER
160 Gould Street, Suite 111
Needham, Massachusetts 02494-2300
(781) 455-0707
Facsimile (781) 455-8879

*Timothy M. Burke*
*Joseph P. Kittredge*
*Sheila E. McCravy*
*Scott W. Dunlap*
*Suzanne T. Caravaggio*

**Of Counsel**
*Brian J. Rogal*
*Joseph G. Donnellan*

March 26, 2004

United States District Court
Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

RE: <u>Carolyn E. Jones v. William A. Mason, et al</u>
Civil Action No. 04-10133-MEL

Dear Sir or Madam:

Enclosed please find for filing Plaintiff Carolyn E. Jones' Certification to Local Rule 16.1(d)(3) with regard to the above-referenced matter.

Also, per the request of Judge Lasker, I have also enclosed a courtesy copy for his Chambers.

Thank you for your attention to this matter.

Very truly yours,

Brian Rogal

BR/lld
Enclosure