UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROLYN E. JONES,<br>    Plaintiff<br><br>v.<br><br>WILLIAM A. MASON, Chief of Police, HARWICH POLICE DEPARTMENT, and the TOWN OF HARWICH,<br>    Defendants | Civil Action No.<br>04-10133-MEL |

### VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the parties herein have stipulated that this action on behalf of Carolyn E. Jones, plaintiff herein, be dismissed as to defendant(s) William A. Mason, Harwich Police Department and Town of Harwich, each side to bear its own costs and fees.

Respectfully Submitted,

| | |
|---|---|
| **WILLIAM A. MASON** and<br>**TOWN OF HARWICH**<br>By Their Attorney, | **CAROLYN E. JONES**,<br>By Her Attorney, |
| /s/Michael C. Gilman, Esq.<br>Michael C. Gilman, Esq.<br>BBO # 238880<br>GILMAN/HOLTZ, P.C.<br>25 New Chardon Street<br>Boston, MA 02114<br>(617) 720-2663 | /s/Brian Rogal, Esq.<br>Brian Rogal, Esq.<br>BBO # 424920<br>Law Offices of Timothy M. Burke<br>160 Gould Street<br>Needham, MA 02494<br>(781) 455-0707 |

DATED: April 19, 2005